THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 1, 2015

Susan V. Kelley
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | | Chapter 13 |
|---|---|---|
| Tammy Moore, | Debtor. | Case No. 15-21706-svk |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT FILED BY HARLEY-DAVIDSON CREDIT CORP.

Pursuant to the Motion for Relief from Stay and Abandonment filed by Harley-Davidson Credit Corp. (as defined in the motion, "movant"), due notice having been given and no objection having been filed,

**IT IS ORDERED:** that relief from the stay of 11 U.S.C. §362 is granted to the movant to exercise its state law and contractual remedies as to the 2011 Harley-Davidson FLTRU Road Glide Ultra, VIN: 1HD1KGM18BB618764.

**IT IS FURTHER ORDERED:** that the collateral is abandoned from the bankruptcy estate under 11 U.S.C. §554(b).

Drafted by:
Atty. Michael Acevedo
Cummisford, Acevedo & Associates, LLC
7071 South 13th Street, Suite 100
Oak Creek, WI 53154
Ph: 414-761-1700

1

**IT IS FURTHER ORDERED**: that claim number 2-1 is hereby deemed withdrawn, and the trustee need not make any further disbursements on that claim.

**IT IS FURTHER ORDERED**:  that the movant may file an unsecured claim for any deficiency after the sale of the motorcycle.

**IT IS FURTHER ORDERED**: that the fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this order is effective immediately upon entry by the court.

#####